

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff, ) <br> ) <br>         vs. ) <br> Nicholas Padilla ) <br>         Defendant. ) | Case No.: 02-347-UA <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of Calif. for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to attempt to meet his

1 | Burden under § 3143(a)

4 | and/or

5 B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's failure to attempt to meet his Burden under § 3143(a)

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: February 7, 2008

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE